16th March, 2018,

Mr Olusegun Ijila,

Faculty of Education

Osun State College of Education,

Ilesa.

Osun State, Nigeria.

Dear Judge,

LETTER OF SUPPORT FOR BOLORUNDURO AKINTAYO DANIEL

I write this letter to support my cousin Bolorunduro Akintayo Daniel, who is currently answering to a criminal charge in your court.

Akintayo is my cousin and we have spent quiet a number of years together in his growing ages till today. While growing up, he was a very detailed, determined, honest and fantastic person. He mentored a lot of young ones and raised a lot of them to stardom by words of encouragement and leadership by actions. He was of course a beacon of light to many as he insisted that everyone around him got educated.

Akintayo is nice to a fault. He is readily accessible and very willing to assist. He sometimes goes out of his ways to assist where necessary. Hearing of his travails, I decided to come out to support him with this note and testify to his days of little beginning.

I am very positive that he would have picked some lessons from his present predicaments. Giving the chance, I believe that he would want to live a better life with his family, and give proper mentorship to his kids as they grow.

Thank you for your consideration.

Yours Faithfully,

Ijila Olusegun

7th March, 2018,

Engineer Festus Oni,

Civil Engineer,

Takoni Builders Limited.

Ilesa.

Osun State, Nigeria.

Dear Judge,

LETTER OF SUPPORT FOR BOLORUNDURO AKINTAYO DANIEL

I write this letter to support my son's friend Bolorunduro Akintayo Daniel, who is currently answering to a criminal charge in your court.

Akintayo is more of a son who spent a lot of time around me while he was growing. He was very studious and morally upright. I know that he was trained in the way of the Lord as we all attended the same church. He was infact very useful in the church as he handles most of the musical instruments. He was also a footballer back then in the high school and at the polytechnic.

I was bolted out of the blues when I heard of the case he his answering to in your noble court. I believe without doubt that several factors like peer group influence or hunger must have led him in the wrong direction.

I am confident that he would have picked some lessons from his present situation. If given the chance to reunite with his family and kids, I believe he would want to live a better life.

Thank you for your time.

Yours Faithfully,

*[signature]*

Engr. Festus Oni.

27th March, 2018,

Mr Olugbenga Otunla,

Geologist,

Foyeh Construction Limited.

Lagos State, Nigeria.

Dear Judge,

## LETTER OF SUPPORT FOR BOLORUNDURO AKINTAYO DANIEL

I write this letter to support my friend Bolorunduro Akintayo Daniel, who is currently answering to a criminal charge in your court.

Akintayo is a friend that I met in the high school about twenty six years (26) ago. While growing up with him, he was very fantastic person. He represented our school at various football competitions as he was the only striker the school had. He was an advocate of possibilities and he would never sit in the place of mediocrity.

Akintayo is nice to a fault. He is readily accessible and very willing to assist. He sometimes goes out of his ways to assist where necessary. It is almost unbelievable that such an upright man could be pushed by any circumstance to doing what is not right. I believe every man is fallible.

I am of course positive that he would have picked some lessons from his present predicaments. Giving the chance, I believe that he would want to live a better life with his family, and give proper mentorship to his kids as they grow.

Thank you for your consideration.

Yours Faithfully,

*[signature]*

Otunla Olugbenga.

26th February, 2018
Olumide Ogunyemi,
Federal Fire Service,
Festac City, Lagos
Nigeria.

Dear Judge,

I write this letter in support of my childhood friend who is answering to a criminal case in your court.

He was a childhood friend and we all grew up together in the same neighborhood. He was a very gentle and upright friend. He could dare to assist everyone in problems while he was growing. He had a Church up-bringing and was an active member of the choir of St. James' Church, Imo, Ilesa. He was also an active member of the boy's brigade and War against Indiscipline.

It is astonishing to hear of the mess he got involved in, I am sure lessons would have been learnt either ways. Given a pardon or mild punishment, I know that such guesture would go a long way in shaping his life for the best.

Thank you for your utmost attention & consideration.

Yours Faithfully,
Ogunyemi O.A

27th March, 2018.

Superintendent Oyedeji Omole,

Federal Fire Service,

Lagos State Command,

Lagos, Nigeria.

Dear Judge,

LETTER OF SUPPORT FOR BOLORUNDURO AKINTAYO DANIEL

I write this letter to support my friend's brother, Bolorunduro Akintayo Daniel, who is currently facing a criminal charge in your court.

Mr Daniel is my friend's brother and we are very close. I have known him for over thirty years (30) and I can attest to the fact that he is upright, focused and determined to succeed. While growing up, he was a model we built our future around. He was an advocate of possibilities and he would never have you relent in hard work.

Mr Daniel is very accessible and willing to assist. He sometimes goes out of his ways to assist where necessary. I believe that circumstances beyond him have led him into messing up and doing the unexpected.

I am of course sure that he would have picked some lessons from his present predicaments. Giving the chance, I believe that he would want to live a better life with his family, and give proper mentorship to his kids as they grow.

Thank you for your attention.

Yours Faithfully,

Oyedeji Omole.

29th MARCH, 2018,
MR. YEMI OLABODE
LEAD CITY UNIVERSITY
IBADAN, OYO STATE
NIGERIA

Dear Judge,

I write this letter of Support in respect of my friend Bolorunduro Akintayo Daniel, who is facing a Criminal Charge in your Court.

Akintayo is a friend of mine from my Childhood till date. While we were brought up in the Same area and goes to the Same Schools and He's a persistent, tenacious, good behaving boy and brilliant boy. His even one of the musical Instrumentalist in our Church that we ever had and He took part in boy's brigade of our Church.

Akintayo is nice to a fault. He has a mind and passion for assisting people who are less privilege and he always play a role of Sacrificing of what he has to last of is blood, it even play a fatal role in my Education Career.

Unbelievable, maybe Challenges of life pushed him into the wrong hands and got him messed up.

Within my mind, I have a believe now that he has picked a fatal lesson from the Current on-going Situation he is. Giving the Chance, I am double Sure that he would want to leave a better life with is family and other people.

Thanks you for your Consideration.

Yours faithfully
[signature]
MR. YEMI OLABODE

27th February, 2018,

Dr. 'Demola Aluko,

Chief Registrar,

Morbid Anatomy,

Obafemi Awolowo University Teaching Hospital,

Ile-Ife, Osun State, Nigeria.

Dear Judge,

I write this letter of support in respect of my friend Bolorunduro Akintayo Daniel, who is currently answering to a criminal charge in your court.

Akintayo is a childhood friend that we have spent over thirty two (32) years together. While growing up with him, he was very tenacious, persistent, determined, focused and has firmness of purpose. He was one of the few bright chaps in our class. He was a member of the boys' brigade of our church and he handles quiet a number musical instrument in the church.

Akintayo is nice to a fault. He could assist anyone with his last drop of blood. He has encouraged a lot of people to facing life challenges with utmost reality and we are products of such advice. I give it to him that he stood right by me in the medical college and helped me till I got to this level in my career.

Unbelievably, maybe the storms of life pushed him into the wrong hands of time and got him messed up. Without doubt in my mind, I believe he would have picked some lessons from the on-going. Giving the chance, I am double sure that he would want to live a better life with his family and kids while mentoring the kids in the way they should grow.

Thank you for your consideration.

Yours Faithfully,

Dr. Aluko.

**TAG Consulting**

Chartered Accountants & Chartered Tax Practitioners

08023091975, 08177391959, 08148671494, 08177391959, 07054274397

tagconsul@gmail.com

15/04/2018

To Whom It May Concern,

I Bolorunduro Olumide, the managing partner of TAG Consulting, Osun State, Nigeria write this letter of support for my cousin BOLORUNDURO AKINTAYO DANIEL, answering to some charges in your dear court.

Akintayo is a younger cousin who spent a number of years with me in his growing up days. He was of course an upright, deligent and hardworking chap. He was a member of the church choir and a prominent alter boy in St. James' Anglican Church Imo, Ilesa.

I heard with shock of his travail and decided to support him and help him see through this unpallatible circumstance.

I believe, he has learnt his lessons and would live a far better life than expected given the chance to reunite with his family.

Thank you for your understanding.

Yours Faithfully,
BOLORUNDURO O. A

Partners:
Bolorunduro Olumide (Managing), Oduwaiye Kunle, Bolorunduro Olufemi

Contact Address
2, Kofoworola Close, Onward Osogbo,
M1 Ahamadu Bello Way, Kaduna,
19, Winfunke Street, Ahmadiya,
Abeokuta Expressway, Lagos

Professor Hezekiah Morakinyo Bolurudwo
15A Odo-adaye Street,
Ilesa
2nd April 2018.

Letter of support for my son Bolurudwo Akintayo Daniel
— o — o — o — o —

Mr. Bolurudwo Akintayo Daniel is my son. Indeed, he is one of my seven children. All my children were brought up in an academic and christian environment. Akintayo was particularly outstanding in christian activities. He was a member of the church choir of St. James's Anglican church Ilesa for years. He specialised in blowing the trumpet for the church choir band. He was also a prominent member of the Boy's Brigade a training which, I believe, encouraged him to join the American army.

Throughout his academic career, he was never known to have been involved in any criminal activities. I know him to be honest, upright, kind and ready to assist at all times. It is therefore very hard to believe that he would, at this point in his life ever be involved in wrong doing considering the way he was brought up.

However, since the unexpected had been alledged I only crave for mercy and to appeal to the authority to temper mercy justice with mercy. If given another chance, I know he will never be found wanting again since he must have learnt his lessons from this unpalatable experience.

Thanks very much in advance
Prof Bolurudwo Hezekiah Morakinyo



**BuzFashion Limited**
*A touch of uniqueness*
Home of ready-made unisex native wears
E-mail: buchilaproduct@gmail.com  www.buchila.com

06 - 04 - 2018

Dear Judge,

I, Adebusuyi Oluwapelumi, the chief executive officer and chairman of BuzFashion Limited write this letter in support of Boluwaduro Akintayo Daniel who is currently facing some charges in your court.

Myself and Tayo graduated from the same institution where we studied computer science and he has shown himself as an upright, honest and trustworthy personality. He was in fact the class governor back in the institution.

I believe without doubt that lessons must have been learnt from this situation. I also believe that he would live a better life given the chance to start all over again.

Thank you for your time.

Yours faithfully,
Adebusuyi Oluwapelumi

Contact Address: G 141, Oke-Oye Street, Ilesa.
07066227616, 08034778051, 08149512720

25th Feburary, 2018
Suara Ridwan.
Z24 Oke ado,
Ibadan. Oyo state,
Nigeria.

Dear Judge,

## LETTER OF SUPPORT

I Suara Ridwan Olewale of Brainfield Oil and gas, Z24 Oke elo Ibadan, Write this letter to support my friend Currently facing Charges In your Court. He is Akindayo Daniel Bolorunduro.

He is well knows to me as we have been friends since our days at the polytechnic. He is an upright Person brilliant and focused Chap.

I was astonished to hear of his Involvement in some form of Criminality. I belive he must have learnt some lessons in the person. If given pardon, I know he shall live a better life with his wife And Kids

Thanks for your Consideration.

your faithfully,

Suara Ridwan Olawale

29th March, 2018,
Fagbeule Ibukun,
Zmart Consortium,
Agege,
Lagos State.

Dear Judge,

## LETTER OF SUPPORT

I write this letter to support my friend, Akintayo Daniel BOLORUNDURO, who is currently facing a criminal charge in your nobel citadel of Justice.

Akintayo is a childhood friend that we lived opposite buildings to each other while we were growing up. He also attended the same primary school (Osun State College of Education Staff School, Ilesa) and same Secondary School (Ilesa Grammar School) Until we separated at the higher institution, we were very close friends and we never left our selves at anytime.

He was a very upright, focused, determined and God-fearing friend who would encourage you to forge ahead no matter your difficult situations. He believed in decency and practical approach to issues.

Peradventure, he fell into the wrong hands of luck and he got involved in a messy situation. I believe if given freedom/pardon, he would be willing to live a better life and to raise his kids to stardom. I'm sure he would be happy reuniting with his family and he shall give the kids the mentorship required to stay out of trobles.

Thank you for your consideration.

Honorable Judge Schwab
700 Grant St, Suite 4000
Pittsburgh, PA 15219.

Paola Penda Soppi
938 Ashton park Ct,
Lawrenceville GA 30045
April 17th, 2018

RE: Character Letter for Akintayo Daniel Bolorunduro

    My name is Paola Penda Soppi, a pharmacy technician at Kroger pharmacy and manager at Brightstar corporate office in Alpharetta GA. I am one of Daniel's best friends and the mother to his two unborn children due in August. I have known him for almost two years now, which is safe to say at the onset of his woes and legal troubles. From the moment I met Daniel I automatically had nothing but love and respect for him because he was one of the kindest people I met, always trying to help everyone around him and spread positivity regardless of what he had going on.

    Your Honor, I fully understand the charges against Akintayo, and have had a front row seat to his battle with the law. I have seen him change right before my eyes and witnessed his remorse up front. When we met all I saw was a man committed to his wife and committed to his daughter unfailingly. I saw an ambitious man who always spoke about starting his own trucking company, never missed a service on Sunday, a man who argued with me about scriptures and even when he had nearly nothing in his account would still offer me financial help when I needed it. Not to waste your time your Honor but just to say I was shocked when I found out about what he had done and his legal struggles.

    As soon as I found out I had a conversation with Tayo as we call him and asked why on earth he would do the things accused of. He did not deny his crimes and honestly explained to me he never took the money personally, but still said nothing justified his actions but that was during a different time of his life. In his exact words "my past sins have come back to haunt me". Today he is a completely different man sir and that is something I can swear on. I have watched him lose his marriage, lose everything he owns. I have seen him cry at the shame of his actions. I have seen him beg God in tears for another chance to prove himself to everyone that he is not his past.

    After his marital struggles, we decided to take a chance and were blessed with a set of twins whom will see this world soon. I can attest to the fact that Tayo is a good man who made mistakes he cannot take back. He is an honest man who does not deny his faults. He is a pillar to our community here in Atlanta who helps everyone in need. Your honor, restitution is very just in this case as there are victims who were robbed and did not deserve it. I am just begging with every fiber in my being to please give our children the chance to grow with a father. Please your Honor, give them a chance to experience that love only a father can give. The chance to have them even see him when they are born and carry them. He is not an innocent man, but he is a good man who made horrible mistakes and has learned from them. I am not saying justice should not be served but please show some mercy and leniency in your sentence your Honor. Please don't let children and a family go without a father.

    I understand you are used to receiving a lot of letters like mine today as we all plead for our loved ones. But I pray you see the sincerity in my words and know I swear my life on every word. Thank you so much for your time your Honor, and may God be with you and guide you in your decision.

Respectfully yours,
Paola N Penda Soppi

Honorable Judge Schwab
700 Grant St, Suite 4000
Pittsburgh, PA 15219

Akintayo Daniel Bolorunduro
741 Morosgo Dr Ne,
Atlanta, GA 30324.
Tuesday, April 17, 2018.

Your Honor,

    I am writing to you today to request and plead for leniency. I know you are very busy and just plead for a few minutes of your time today for you to read what I have to say before you hand down a sentence.

    I am a man who was convicted for conspiracy to commit money laundering. I am not here to waste your time trying to glorify myself or justify my actions by explaining why or what compelled me to do what I did. Sir, I got lost in the rain but I have done a lot of soul searching since being under house arrest for 7 months now and realized what I did was morbidly wrong and horrible. There is no excuse for the pain I caused the victims and I take full responsibility for all my actions. There isn't a day that goes by without regret crossing my mind or me thinking of ways to make things right by the people affected by my selfish actions. With every being in my heart, I am truly sorry your Honor.

    I Have come to you with a humble heart; please temper your justice with mercy like our dear Lord did to us. {Lamentation 3: 21-23} said "but this I called to mind, and therefore I have hope: The steadfast love of the Lord never ceases; His mercies never come to an end; they are new every morning; great is thy faithfulness" {Luke 6:36} "Be merciful just like your Father is merciful". From now hence forth, I swear to not ever take what is not mine or partake in anything illegal. I plan on making full restitution and never going down that dark path again.

    I am currently a father of three sir, with a daughter who is 3 and two unborn twins who depend on me to take care of them. Without me, there is no income and they have no savings or reserves. My children, parents and family depend on me solely for support. I am begging for the opportunity to raise my children to be better than I have been and do right by them. I am pleading for a chance to prove I have learned my lesson, make an honest living and provide restitution to those I harmed and took from. I don't wish for my children to have to see me behind bars for so long. Incarceration will only make this harder for my children.

    All I plead for today is that in judging me you please consider what I have written and give me a second chance at life to make it right just like our dear Father in heaven showed us mercy .I seek the opportunity to assist my community in a positive manner, to attempt to repair the damage that has been done and to raise my children and be a better role model.

Thank you so much for your time sir. My heart and prayers go out to you in rendering this decision.

Sincerely,

*Akintayo Bolorunduro*

Mrs. Felicia Bosede Bolorunduro
(Retired Principal II)
St Margaret School,
Ilesa
20th Feb. 2018.

Dear Judge,

I am writing this letter of support for my first son, Akintayo Daniel Bolorunduro currently answering to some charges in your noble court.

Akintayo Bolorunduro is my son and he is sufficiently close to me, from his childhood to adulthood. Apart from being his mother, I also happened to be his class teacher during his secondary school days. All these days, he has proved himself worthy of the training he received from me as a teacher and as his parent.

He was very upright, religious and God fearing. He spends most of his time at the church handling one activity or the other. He was a member of the choir and plays trumpet and xylophone for the church. He was also a member of the "Boys Brigade" of the church.

It is almost unbelievable that he found himself involved in this mess. I believe he must have learnt his lessons and he is willing to turn a new leaf if given a chance to reunite with his family. I believe he shall take this as reference in tutoring every other person against digging troubles.

Thanks for your kind understanding.

15th February 2018
Aluko Ifeoluwa
Hypertek Technology
Omi Adio,
Ibadan
Oyo state.

Dear Judge

## LETTER OF SUPPORT

I Aluko Ifeoluwa, the Chief Executive Officer of Hypertek Technology, Ibadan write this letter to support my friend facing criminal charges in your court.

Akintayo Daniel Bolorunduro is a friend that we met in our final year at the polythechnic. He was a very truthful and honest friend. He proved himself upright and trustworthy while we both stayed in the same department. I heard of his travails and decided to support via this letter. I believe without doubt that if given a benefit of doubt, he would be willing to take a new track.

Thanks you for your understanding.

Yours faithfully,
Ifeoluwa Aluko.

20th february 2018
Mr Dare Oni
Divine Mercy Investment
Topmost plaza,
Elele, Port-Harcourt,
Rivers State.

Dear Judge.

## LETTER OF SUPPORT.

I write this letter in support of my friend Bolorunduro Akintayo Daniel. A friend I met in Osun State College of Technology where we had our Polytechnic education.

While we were together, he proved himself very upright and God-fearing.

Quiet unbelievably. he got messed up in some criminal circumstances. I believe your honourable Court would tamper justice with mercy and make ways for corrective measures than destructive. He shall be happy again given some form of mild correcestive treatments, and opportunity to start life all over with his family.

Thank you for your time.

Yours faithfully.

Oni Dare.