IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-192 |
| | ) | |
| AKINTAYO BOLORUNDURO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| **Hearing Held: Sentencing** <br> **Date of Hearing:   5/10/18** <br> **Before Judge Arthur J. Schwab** | |
| AUSA | Adam Hallowell |
| Defense Counsel | David DeFazio |
| Probation Officer | Rick Gama |
| Court Reporter | Julie Kienzle |
| Law Clerk/Deputy Clerk | LMT for EET/LCK |
| Start time | 9:21 AM |
| End time | 10:10 AM |

DEFENDANT PRESENT

**NOTED:**

The defendant is sentenced to a 63-month term of imprisonment to be followed by a 3-year term of supervised release.   A mandatory $100.00 special assessment is imposed, restitution in the amount of $646,606.59 is ordered, and a fine is waived for inability to pay.